IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 19-CR-3113-JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **ASHLEY ROMERO**, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE
DEFENDANT'S FINAL HEARING
RE: REVOCATION OF SUPERVISED RELEASE**

The United States respectfully moves this Court to continue the Defendant's Final Hearing re: Revocation of Supervised Release set for April 27, 2023.

In support, the United States submits:

1. The Court has scheduled a hearing on Defendant's Final Hearing re Revocation for Supervised Release for 9:00 a.m. on April 27, 2023.

2. The United States plans to subpoena witnesses, as the matter will be contested.

3. Defense counsel does not oppose the relief sought.

**WHEREFORE**, the United States respectfully requests that the Court enter an order continuing or resetting the present hearing for a date after April 27, 2023.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ electronically filed April 26, 2023*
ELAINE Y. RAMÍREZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
Elaine Y. Ramírez
Assistant United States Attorney

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ electronically filed April 26, 2023*
ELAINE Y. RAMÍREZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

*/s/*
Elaine Y. Ramírez
Assistant United States Attorney