IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 22 2023

MITCHELL R. ELFERS
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. 19-CR-3113 |
| vs. | ) | |
| ASHLEY ROMERO, | ) | |
| Defendant. | ) | |

## ORDER OF CONTINUANCE OF HEARING
## CURRENTLY SET FOR APRIL 27, 2023

**THIS MATTER** having come before the Court on the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release, and the Court having reviewed said motion (Doc. 774) and being otherwise fully advised, **FINDS** that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release is hereby granted and the April 27, 2023, hearing is vacated and rescheduled on  June 15, 2023  at 10 : 00 a.m./p.m.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Submitted by:

Elaine Y. Ramírez
Assistant United States Attorney