IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>vs. )　　Cr. No. 19-CR-3113-JB<br>)<br>**ASHLEY ROMERO,** )<br>)<br>　　　　Defendant. ) | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE DEFENDANT'S FINAL HEARING <u>RE: REVOCATION OF SUPERVISED RELEASE</u>

The United States respectfully moves this Court to continue the Defendant's Final Hearing re: Revocation of Supervised Release set for June 15, 2023.

In support, the United State submits:

1. The Court scheduled a hearing on Defendant's Final Hearing re Revocation for Supervised Release for 10:00am on June 14, 2023.

2. The matter will be contested, so the United States needs to call Probation Officer Robert Vigil as a witness. However, Officer Vigil fell ill and is unable to come to Court at the scheduled date and time.

3. Defense counsel does not oppose the relief sought.

**WHEREFORE**, the United States respectfully requests that the Court enter an order continuing or resetting the present hearing for a date after June 15, 2023.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ electronically filed June 14, 2023*
RACHEL EAGLE
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## CERTIFICATE OF SERVICE

     I hereby certify that on June 14, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

     */s/*
Rachel Eagle
Assistant United States Attorney