IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 20 2023

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 19-CR-3113-JB |
| ASHLEY ROMERO, | ) |
| Defendant. | ) |

**ORDER OF CONTINUANCE OF HEARING
CURRENTLY SET FOR JUNE 15, 2023**

**THIS MATTER** having come before the Court on the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release, and the Court having reviewed said Motion (Doc. 787) and being otherwise fully advised, **FINDS** that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release is hereby granted and the June 15, 2023 hearing is vacated and rescheduled on _June 26, 2023_ at _1:30_ a.m./**p.m.**

_____
HONORABLE JAMES O. BROWNING
United States District Judge

Submitted by:

Rachel Eagle
Assistant United States Attorney