IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>           Plaintiff,                            )<br>                                                          )<br>vs.                                                   )           Cr. No. 19-CR-3113-JB<br>                                                          )<br>**ASHLEY ROMERO,**                      )<br>                                                          )<br>           Defendant.                        )<br>                                                          ) | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE

### DEFENDANT'S FINAL HEARING

### RE: REVOCATION OF SUPERVISED RELEASE

The United States respectfully moves this Court to continue the Defendant's Final Hearing re: Revocation of Supervised Release set for June 26, 2023 at 1:30pm:

In support, the United State submits:

1. The Court scheduled a hearing on Defendant's Final Hearing re Revocation for Supervised Release for 1:30pm on June 26, 2023.

2. Current representations are that the matter will be contested, so the United States needs to call Jose Rodriguez from Dierson Charities as a witness. However, Mr. Rodriguez is at a business conference that week and unable to attend court.

3. Further, defense counsel is meeting with the defendant on Thursday, June 29 to review new discovery and talk about how to proceed with the hearing.

4. Defense counsel does not oppose the relief sought.

**WHEREFORE**, the United States respectfully requests that the Court enter an order continuing or resetting the present hearing for a date after June 26, 2023.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ electronically filed June 23, 2023*
RACHEL EAGLE
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

            */s/*
Rachel Eagle
Assistant United States Attorney