FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 26 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) |
| vs. | ) Cr. No. 19-CR-3113-JB |
| ASHLEY ROMERO, | )<br>) |
| Defendant. | )<br>) |

## ORDER OF CONTINUANCE OF HEARING
## CURRENTLY SET FOR JUNE 15, 2023

**THIS MATTER** having come before the Court on the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release, and the Court having reviewed said Motion (Doc. 791) and being otherwise fully advised, **FINDS** that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the United States' Motion to Continue the Defendant's Final Hearing re Revocation of Supervised Release is hereby granted and the June 26, 2023 hearing is vacated and rescheduled on _July 10, 2023_ at _9:30_ a.m./p.m.

HONORABLE JAMES O. BROWNING
United States District Judge

Submitted by:

Rachel Eagle
Assistant United States Attorney