# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 19-3113-007 JB | USA vs.: | Padilla, et al. |
| Date: | 7/10/2023 | Name of Deft: | Ashley Romero |

Before the Honorable James O. Browning

| | | | |
|---|---|---|---|
| Time In/Out: | 9:27 am – 9:57 am | Total Time in Court (for JS10): | 30 Minutes |
| Clerk: | L. Rotonda | Court Reporter: | J. Bean |
| AUSA: | Rachel Eagle | Defendant's Counsel: | Greg Acton (appointed) |
| VSR in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Robert Vigil | Sworn? | Yes    No |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| x | Defendant sworn |
| x | Court advises Defendant of his/her rights |
| x | Court advises/confirms Defendant is aware of charges and possible penalty |
| x | Defendant admits SPC, MC, SC |
| x | Court finds violations occurred |
| x | Court proceeds to sentencing on violations |

### SENTENCE IMPOSED

Imprisonment (BOP): 4 months, 19 days, or time served, whichever is less

| Supervised Release: | 31 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for ___ months ___ days |
| X | Participate in/successfully complete substance abuse program | X | Reside halfway house **6** months |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| X | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| | No new credit charges | | No loitering within 100 feet of school yards |
| | Reside at/complete Residential Reentry Center | | Consent to USPO conducting periodic exam of computer |
| | Attend education/vocational training | | Consent to USPO installing monitoring hardware |
| X | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| X | OTHER:<br>You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse testing methods. You may be required to pay all, or a portion, of the costs of the testing.<br><br>You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) | | |

|   | per day. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing. |   |
|---|---|---|
|   | You must take all mental health medications that are prescribed by your treating physician. You may be required to pay all, or a portion, of the costs of the program. |   |
|   | You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You may be required to pay all, or a portion, of the costs of the program. |   |
|   | You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous mental health evaluations and/or other pertinent treatment records to the treatment provider. |   |
|   | You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s). |   |
| X | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| X | Remanded to custody of USM | Voluntary Surrender |
|   | Recommended place(s) of incarceration: |   |
| OTHER COMMENTS: | | Court calls case, counsel enter appearances.  Court addresses Defendant, reviews underlying factual allegations related to violations of conditions of supervised release; Defendant confirms understanding of instant charges.  USPO advises that revocation is not mandatory in present matter.  Court reviews applicable sentencing parameters.  Defense Counsel advises that Defendant intends to admit as to alleged violations.  Defendant sworn in.  Court advises Defendant of rights.  Court advises Defendant of rights.  Defendant admits as to alleged violations, Defense Counsel concurs as to same.  AUSA declines to present further factual basis as to alleged violations.  Court accepts plea, finds that violation of supervised release has occurred.  Defense Counsel addresses Court regarding requested sentence.  Defendant allocutes. AUSA addresses Court regarding government's position as to appropriate disposition of matter.  Court states proposed sentence.  Counsel confirm no further comment or argument.  Court orders sentence imposed as stated. |